UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: ROBERT L. SCHWARTZ,

    Debtor.
_____/

PAMELA LIGGETT

    Appellant,

v.                                          Case Nos.    13-10087
                                                                   13-10302
ROBERT L. SCHWARTZ,                              13-11100

    Appellee.
_____/

### ORDER STRIKING REDUNDANT BRIEFS AND SETTING PAGE LIMITS

The parties agreed to consolidate their three bankruptcy appeals and to set a limit of fifty pages for each appellate brief. Their stipulation fails to specify which of the three appeals persists as the consolidated appeal, and Appellant submits a brief in each appeal. The brief contains thirty pages of analysis; a review of the brief confirms that the parties' stipulated page limit is excessive. Accordingly,

IT IS ORDERED that the parties shall proceed only in case number 13-10087. Appellant's appeal briefs in 13-10302 (Dkt. # 8) and in 13-11100 (Dkt. # 6) are STRICKEN.

IT IS FURTHER ORDERED that Appellee's response brief shall contain no more than thirty pages of analysis. Also, the response's background section should contain

only material facts, presented in numbered paragraphs and supported by citation to the record.  The response is due by **June 21, 2013**.

    IT IS FURTHER ORDERED that Appellant may submit a reply of no more than fifteen pages by **July 5, 2013**.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  May 30, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 30, 2013, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522